# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| | * | |
| **JANE DOE** | * | |
| | * | |
| **v.** | * | **Civil Case No.: SAG-25-02813** |
| | * | |
| **FRANK J. BISIGNANO,** *et al.* | * | |
| **Defendants** | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## <u>ORDER</u>

This Court has reviewed the docket in the instant case, including two sets of motions to seal, ECF 3, 13, and motions to proceed under pseudonym, ECF 4, 16, and Plaintiff's motion to extend response timelines, ECF 23. This Court has also reviewed the omnibus response to the sealing and pseudonym motions, ECF 25, and the response to the motion to extend time, ECF 24. No hearing is necessary. See Loc. R. 105.6 (D. Md. 2025).

This Court agrees with Defendants that the appropriate way to balance Plaintiff's privacy interests and the public interest in court proceedings is to allow Plaintiff to proceed pseudonymously. Therefore, it will GRANT the two motions to proceed under pseudonym, ECF 4, 16. It will also grant the motion to seal, ECF 3, because redacted public versions of the related filings appear on the record. The motion to seal at ECF 13 will be GRANTED IN PART AND DENIED IN PART. Plaintiff is directed to file, on the public docket, versions of ECF 13, ECF 16, and ECF 23, with only her personal identifying information (address, telephone number, email address) redacted. Any future filings should not include that personal identifying information and should name Plaintiff by her pseudonym, meaning there will be no need to file under seal.

As to Plaintiff's Motion to Extend Time to respond to Defendants' motion to dismiss or, in the alternative, for summary judgment, Plaintiff seeks to have certain discovery before responding. ECF 23. The appropriate procedure, given the posture of this case, is for Plaintiff to

respond to the motion to dismiss before discovery takes place, making arguments in her filing about why this Court should not consider the motion for summary judgment before allowing discovery. This Court will therefore DENY the motion to extend time to the extent it seeks discovery, but will GRANT an additional 28 days for Plaintiff to file her response to the motion to dismiss. Plaintiff's response is now due on or before February 18, 2026.

January 21, 2026

_____/s/_____

Stephanie A. Gallagher
United States District Judge