4:26-cv-00227-LMC

Jane Doe (case 26-cv-227) v Bisignano et, al.,

<u>Plaintiff's Motion to Consider Submission Timely and Unseal Documents 13, 16, and 23</u>

Pursuant to Federal Rule of Civil Procedures 15(a)(2) and in compliance with Judge Stephanie A. Gallagher's order issued on March 11, 2026, the plaintiff ("I", "me", "my") moved to amend and re-file the following documents--

ECF 13, Plaintiff's Motion to Seal,

ECF 16, Plaintiff's Motion to File Under Pseudonym,

and

ECF 23, Plaintiff's Motion to Extend Response Timelines.

on March 23, 2026, in the Maryland Federal District Court. These filings were mistakenly sealed. I request the Court unseal these filings so to comply with Judge Gallagher's order and consider the filings timely, considering the transfer of venue.

Pursuant to Judge Stephanie A. Gallagher's order issued January 21, 2026, personal identifying information has been omitted or redacted in this filing, and the sealed documents are not provided with this filing.

Jane Doe

April 6, 2026

1

Jane Doe