**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| JANE DOE,<br><br>Plaintiff,<br><br>v.<br><br>FRANK J. BISIGNANO, Commissioner of Social Security Administration, *et al.*,<br><br>Defendants. | ) | Case No. 26-00227-CV-W-LMC |

ORDER

Pending before the Court is Plaintiff Jane Doe's Application for Leave to File Action Without Payment of Fees, With Affidavit of Financial Status in Support (Doc. #63) and Plaintiff's Notice of Appeal (Doc. #64). The Court notes that neither the Application for Leave to File Action, nor the Notice of Appeal are signed by Plaintiff, although the Affidavit of Financial Status in Support is signed and notarized. (Doc. ## 63, 63-1 at 6, 64.)

Pursuant to 28 U.S.C. § 1915(a)(1), this Court may authorize the prosecution of any suit on appeal without prepayment of fees upon the filing of an affidavit stating that the applicant is unable to pay the costs of the lawsuit. However, "[a]n appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." 28 U.S.C. § 1915(a)(3). The Federal Rules of Appellate Procedure states that where, as in this case, the party was "permitted to proceed in forma pauperis in the district-court action" further authorization to proceed in forma pauperis on appeal is not needed on unless "the district court — before or after the notice of appeal is filed — certifies that the appeal is not taken in good faith or finds that the party is not otherwise

entitled to proceed in forma pauperis and states in writing its reasons for the certification or finding[.]" Fed. R. App. P. 24(a)(3). Courts determining whether an appeal is taken in good faith utilize an "objective standard" asking whether the party is seeking review of non-frivolous issues. *Coppedge v. United States*, 369 U.S. 438, 445, 82 S. Ct. 917, 921 (1962). An issue is "frivolous where it lacks an arguable basis either in law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 325, 109 S. Ct. 1827, 1831–32 (1989).

In order to determine whether the appeal is taken in good faith, a statement of issues on appeal is needed. Furthermore, as noted above, Plaintiff's Notice of Appeal does not contain her signature. Therefore, within twenty (20) days of the date of this order, Plaintiff shall submit an amended notice of appeal that sets forth a statement of issues on appeal and that is signed by Plaintiff.

IT IS SO ORDERED.

*/s/ Lajuana M. Counts*
LAJUANA M. COUNTS
UNITED STATES MAGISTRATE JUDGE